IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 1 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GILBERT P. HYATT, )
)
)
Plaintiff, )
)
v. ) CASE NUMBER 1:05CV02310
)
Hon. JON W. DUDAS, ) JUDGE: Henry H. Kennedy
)
Under Secretary of Commerce ) DECK TYPE: Administrative Agency Rev.
for Intellectual Property and )
Director of the United States Patent ) DATE STAMP: 11/18/2005
and Trademark Office, )
)
Defendant. )
)

**PLAINTIFF GILBERT P. HYATT'S *EX PARTE* MOTION
TO SUBMIT PERSONAL RESIDENCE UNDER SEAL**

In connection with Mr. Hyatt's Emergency *Ex Parte* Motion To Be Excused from Local Civil Rule 5.1(e)(1), and pursuant to the Clerk's Request, Plaintiff Gilbert P. Hyatt hereby submits his personal address to the Court in confidence and requests that it be sealed, and not be made public. *See* Exhibit 1. For all the reasons set forth in his Motion, which is incorporated herein by reference, Mr. Hyatt's personal address is confidential and should not be made available to the public.

For all of the foregoing reasons, Mr. Hyatt respectfully requests that this motion be granted.

1

Respectfully submitted,

*/s/ Michael I. Coe*

Wilma A. Lewis (D.C. Bar No. 358637)
Michael I. Coe (D.C. Bar No. 479231)
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
wlewis@crowell.com
mcoe@crowell.com

Counsel for Plaintiff Gilbert P. Hyatt

Of Counsel:

Gregory L. Roth (# 447558)
Suite 780
6 Centerpointe Drive
La Palma, California 90623-1082
(714) 521-1333

Vincent Turner (# 443025)
P.O. Box 33189
Las Vegas, Nevada 89133-3189
(702) 396-4670

Dated: November 18, 2005

2670963