IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

NOV 18 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GILBERT P. HYATT, )
)
Plaintiff, )
)
v. )  Civil Action No. __05 2310__
)
Hon. JON W. DUDAS, )
)
Under Secretary of Commerce )
for Intellectual Property and )
Director of the United States Patent )
and Trademark Office, )
)
Defendant. )

## ORDER

UPON CONSIDERATION of Plaintiff Gilbert P. Hyatt's *Ex Parte* Motion to Submit Personal Residence Under Seal, and the materials referred to therein, and it appearing to the Court that the motion should be granted, it is this _21_ day of _November_, 2005, hereby

ORDERED that the Motion be, and it hereby is, GRANTED; and it is

FURTHER ORDERED that Mr. Hyatt's Personal Residence is filed under seal and shall not be made public.

United States District Judge