FILED

NOV 1 8 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERT P. HYATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. **05 2310** |
| ) | |
| Hon. JON W. DUDAS, ) | |
| ) | |
| Under Secretary of Commerce ) | |
| for Intellectual Property and ) | |
| Director of the United States Patent ) | |
| and Trademark Office, ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION of Plaintiff Gilbert P. Hyatt's *Ex Parte* Motion Regarding Filing Date of Complaint, and information referred to therein, and it appearing to the Court that the motion should be granted, it is this 25 day of Nov , 2005, hereby

ORDERED that the Motion be, and it hereby is, GRANTED; and it is

FURTHER ORDERED that Mr. Hyatt's Complaint is accepted for filing on, and deemed to be filed as of, November 18, 2005.

United States District Judge