IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 18 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

GILBERT P. HYATT, )
)
Plaintiff, )
)
v. ) Civil Action No. 05 2310
)
Hon. JON W. DUDAS, )
)
Under Secretary of Commerce )
for Intellectual Property and )
Director of the United States Patent )
and Trademark Office, )
)
Defendant. )

## ORDER

UPON CONSIDERATION of Plaintiff Gilbert P. Hyatt's Emergency Motion To Be Excused From Local Civil Rule 5.1(e)(1), and the accompanying declaration, and it appearing to the Court that the motion should be granted, it is this 25 day of Nov, 2005, hereby

ORDERED that the Motion be, and it hereby is, GRANTED; and it is

FURTHER ORDERED that Mr. Hyatt is excused from the requirement of Local Civil Rule 5.1(e)(1) and need not include on the complaint his home address.

_____
United States District Judge

