IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERT P. HYATT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HON. JON W. DUDAS, )<br>)<br>Under Secretary of Commerce for )<br>Intellectual Property and Director )<br>of the United States Patent and )<br>Trademark Office, )<br>)<br>Defendant. )<br>) | Civil Action No. 05-2310 (HHK)<br><br>Judge Henry H. Kennedy, Jr.<br><br>ECF |

## ENTRY OF APPEARANCE

Please enter the appearance of Wilma A. Lewis as lead counsel for Plaintiff Gilbert P. Hyatt in the above-captioned matter.

Dated: December 6, 2005

Respectfully submitted,

_____
Wilma A. Lewis
D.C. Bar No. 358637
**CROWELL & MORING LLP**
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
wlewis@crowell.com