IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERT P. HYATT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Hon. JON W. DUDAS, ) <br> ) <br> Under Secretary of Commerce for ) <br> Intellectual Property and Director ) <br> of the United States Patent and ) <br> Trademark Office, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 05-2310 (HHK) <br><br> Judge Henry H. Kennedy, Jr. <br><br> ECF |

**MOTION TO ADMIT GREGORY L. ROTH *PRO HAC VICE***

Plaintiff Gilbert P. Hyatt respectfully moves to have Gregory L. Roth admitted in this case *pro hac vice*. In support of this motion, a declaration from Mr. Roth is submitted which, pursuant to Local Civil Rule 83.2, states as follows:

1. Mr. Roth's full name is Gregory L. Roth.

2. Mr. Roth practices law at Suite 780, 6 Centerpointe Drive, La Palma, California 90623-1082. His telephone number is (714) 521-1333.

3. Mr. Roth is admitted to practice in the District of Columbia, Iowa, Kansas, and California.

4. Mr. Roth has never been disciplined by any bar.

5. Mr. Roth has been admitted to practice in this Court *pro hac vice* during the past two years in seven cases: *Hyatt v. Dudas*, No. 04-1138 (HHK); *Hyatt v. Dudas*, No. 04-1139 (HHK); *Hyatt v. Dudas*, No. 04-1222 (EGS); *Hyatt v. Dudas*, No. 04-1496 (EGS); *Hyatt v.*

*Dudas*, No. 04-1802 (HHK); *Hyatt v. Dudas*, No. 05-309 (EGS); and *Hyatt v. Dudas*, No. 05-310 (HHK).

                                                Respectfully submitted,

                                                */s/ Wilma A. Lewis*

                                                Wilma A. Lewis (D.C. Bar No. 358637)
                                                Michael I. Coe (D.C. Bar No. 479231)
                                                **CROWELL & MORING LLP**
                                                1001 Pennsylvania Avenue, N.W.
                                                Washington, D.C. 20004
                                                Telephone: (202) 624-2500
                                                Facsimile: (202) 628-5116
                                                wlewis@crowell.com
                                                mcoe@crowell.com

                                                Counsel for Plaintiff Gilbert P. Hyatt

Dated: January 4, 2006