IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERT P. HYATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2310 (HHK) |
| ) | |
| Hon. JON W. DUDAS, ) | Judge Henry H. Kennedy, Jr. |
| ) | |
| Under Secretary of Commerce for ) | ECF |
| Intellectual Property and Director ) | |
| of the United States Patent and ) | |
| Trademark Office, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF GREGORY L. ROTH

I, Gregory L. Roth, state as follows.

1. My full name is Gregory L. Roth.

2. I practice law at Suite 780, 6 Centerpointe Drive, La Palma, California 90623-2537. My telephone number is (714) 521-1333.

3. I am admitted to practice in the District of Columbia, Iowa, Kansas, and California.

4. I have never been disciplined by any bar.

5. I have been admitted to practice in this Court *pro hac vice* during the past two years in seven cases: *Hyatt v. Dudas*, No. 04-1138 (HHK); *Hyatt v. Dudas*, No. 04-1139 (HHK); *Hyatt v. Dudas*, No. 04-1222 (EGS); *Hyatt v. Dudas*, No. 04-1496 (EGS); *Hyatt v. Dudas*, No. 04-1802 (HHK); *Hyatt v. Dudas*, No. 05-309 (EGS); and *Hyatt v. Dudas*, No. 05-310 (HHK).

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 7, 2005.

_____
Gregory L. Roth