IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERT P. HYATT, )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>Hon. JON W. DUDAS, )<br> )<br> Under Secretary of Commerce for )<br> Intellectual Property and Director )<br> of the United States Patent and )<br> Trademark Office, )<br> )<br> Defendant. )<br> ) | Civil Action No. 05-2310 (HHK)<br><br>Judge Henry H. Kennedy, Jr.<br><br>ECF |

## ORDER

UPON CONSIDERATION of Plaintiff Gilbert P. Hyatt's Motion to Admit Gregory L. Roth *Pro Hac Vice*, and the supporting declaration thereto, and it appearing to the Court that the motion should be granted, it is this _____ day of _____, 2006, hereby

 ORDERED that the Motion be, and it hereby is, GRANTED; and it is

 FURTHER ORDERED that Gregory L. Roth is admitted to practice in this case *pro hac vice*.

 _____
 United States District Judge