**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GILBERT P. HYATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2310 (HHK) |
| ) | |
| Hon. JON W. DUDAS, ) | Judge Henry H. Kennedy, Jr. |
| ) | |
| Under Secretary of Commerce for ) | ECF |
| Intellectual Property and Director ) | |
| of the United States Patent and ) | |
| Trademark Office, ) | |
| ) | |
| Defendant. ) | |

**PROOF OF SERVICE**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | April 6, 2006 |
| NAME OF SERVER (PRINT)   Michael I. Coe | TITLE | Associate |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):   See below (Case No. 1:05-CV02310)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 6, 2006      /s/ Michael I. Coe
               Date                  Signature of Server

1001 Pennsylvania Avenue, NW
Washington, DC 2004
*Address of Server*

   Served Alberto R. Gonzales, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530 by certified mail, return receipt requested: original Summons; Complaint; Notice of Designation of Related Cases; Ex Parte Motion to be Excused From L.R. 5.1(e)(1) and Order; Ex Parte Motion to Submit Personal Residence Under Seal and Order; Ex Parte Motion Regarding the Filing Date of the Complaint and Order; Initial ECF Order; and, Consent to Proceed Before a U.S. Magistrate form.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.