**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| GILBERT P. HYATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2310 (HHK) |
| | ) | |
| Hon. JON W. DUDAS, | ) | Judge Henry H. Kennedy, Jr. |
| | ) | |
| Under Secretary of Commerce for | ) | ECF |
| Intellectual Property and Director | ) | |
| of the United States Patent and | ) | |
| Trademark Office, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>PROOF OF SERVICE</u>**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  April 6, 2006 |
| NAME OF SERVER *(PRINT)*   Michael I. Coe | TITLE   Associate |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

G  Other (specify): _____   See below (Case No. 1:05-CV02310)

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   April 6, 2006                    *Michael I. Coe*
                    Date                          Signature of Server

                    1001 Pennsylvania Avenue, NW
                    Washington, DC 2004
                    Address of Server

Served Hon. Jon W. Dudas, Under Secretary of Commerce, Office of the General Counsel, U.S. Patent & Trademark Office, P.O. Box 15667, Arlington, VA 22215 by certified mail, return receipt requested: original Summons; Complaint; Notice of Designation of Related Cases; Ex Parte Motion to be Excused From L.R. 5.1(e)(1) and Order; Ex Parte Motion to Submit Personal Residence Under Seal and Order; Ex Parte Motion Regarding the Filing Date of the Complaint and Order; Initial ECF Order; and, Consent to Proceed Before a U.S. Magistrate form.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.