**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GILBERT P. HYATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-2310 (HHK) |
| ) | |
| Hon. JON W. DUDAS, ) | Judge Henry H. Kennedy, Jr. |
| ) | |
| Under Secretary of Commerce for ) | ECF |
| Intellectual Property and Director ) | |
| of the United States Patent and ) | |
| Trademark Office, ) | |
| ) | |
| Defendant. ) | |

**PROOF OF SERVICE**

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| * Service of the Summons and complaint was made by me(1) | DATE 4/05/06 | TIME 1:45 PM |
| NAME OF SERVER *(PRINT)* Daniel F. Portnoy | TITLE Private Process Server | |

*Check one box below to indicate appropriate method of service*

- G  Served personally upon the defendant. Place where served: _____

- G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

- G  Returned unexecuted: _____

- ☒ Other (specify):  __By serving Lori Cox, Legal Assistant, authorized to accept. Service was completed at 501 3rd Street, NW, Washington, DC 20530.__

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4/07/06
                  *Date*

*Signature of Server*

Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
(202) 667-0050

*Address of Server*

*Plaintiff Gilbert P. Hyatt's Complaint to Authorize the Director to Issue Letters Patent, Plaintiff Gilbert P. Hyatt's Emergency Ex Parte Motion to be Excused From Local Civil Rule 5.1(e)(1), Declaration of Gilbert P. Hyatt, Proposed Order, Order dated November 25, 2005, Plaintiff Gilbert P. Hyatt's Ex Parte Motion to Submit Personal Residence Under Seal, Exhibit 1 is Submitted Under Seal Separately in Both Hard Copy and CD-Rom, Proposed Order, Order dated November 21, 2005, Plaintiff Gilbert P. Hyatt's Ex Parte Motion Regarding Filing Date of Complaint, Order dated November 25, 2005, Consent to Proceed Before a United States Magistrate Judge for All Purposes, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Notice of Designation of Related Civil Case Pending in This of Any Other United States Court and Initial Electronic Case Filing Order

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.