**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| GILBERT P. HYATT,              )<br>                                            )<br>        Plaintiff,               )<br>                                            )<br>             v.                    )<br>                                            )<br>Hon. JON W. DUDAS,       )<br>                                            )<br>    Under Secretary of Commerce for   )<br>    Intellectual Property and Director  )<br>    of the United States Patent and      )<br>    Trademark Office,                         )<br>                                            )<br>        Defendant.               )<br>                                            ) | Civil Action No. 05-2310 (HHK)<br><br>Judge Henry H. Kennedy, Jr.<br><br>ECF |

**SUBSTITUTION OF COUNSEL**

THE CLERK OF THE COURT will please enter the appearance of Michael L. Martinez as counsel for plaintiff in the above-captioned case, and withdraw the appearance of Wilma A. Lewis.

                                                        Respectfully submitted,

                                                        _____/s/_____
                                                        Wilma A. Lewis (D.C. Bar No. 358637)
                                                        Michael L. Martinez (D.C. Bar No. 347310)
                                                        Michael I. Coe (D.C. Bar No. 479231)
                                                        **CROWELL & MORING LLP**
                                                        1001 Pennsylvania Avenue, N.W.
                                                        Washington, D.C.  20004
                                                        Telephone:  (202) 624-2500
                                                        Facsimile:  (202) 628-5116
                                                        wlewis@crowell.com
                                                        mmartinez@crowell.com
                                                        mcoe@crowell.com

                                                        Counsel for Plaintiff Gilbert P. Hyatt

Of Counsel:

Gregory L. Roth (D.C. Bar No. 447558)
Suite 780
6 Centerpointe Drive
La Palma, California 90623-1082
(714) 521-1333

Dated:   September 17, 2007