AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

GILBERT P. HYATT, )
        Plaintiff(s) )
) **APPEARANCE**
)
vs. ) CASE NUMBER   05-2310 (HHK)
)
Hon. JON W. DUDAS, )
        Defendant(s) )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Michael L. Martinez   as counsel in this
                            (Attorney's Name)

case for:   Gilbert P. Hyatt
            (Name of party or parties)

9/18/07
Date

/s/ Michael L. Martinez
Signature

Michael L. Martinez
Print Name

347310
BAR IDENTIFICATION

1001 Pennsylvania Ave. N.W.
Address

Washington, D.C.   20004
City    State    Zip Code

(202) 624-2945
Phone Number