UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GILBERT P. HYATT,<br><br>                Plaintiff,<br><br>v.<br><br><br>JOSEPH MATAL,<br><br>                Defendant. | <br><br><br><br>Civil Action No. 1:09-cv-1864 (RCL)<br>Civil Action No. 1:05-cv-2310 (RCL) |

## JOINT STATUS REPORT

1.      On December 7 and 8, 2017, counsel for the parties held off-the-record status conferences with Ms. Lauren Jenkins, Courtroom Deputy, and Mr. Adam Pearlman, Clerk, Hon. Royce C. Lamberth, to discuss trial proceedings in the above-captioned cases in light of the Court's unavailability for the trial dates scheduled for December 7 and 8 in Case No. 05-2310 and December 11-15 in Case No. 09-1864.

2.      On December 11, 2017, counsel for the parties held an off-the-record status conference with Ms. Nicole Bell-Norwood, Courtroom Deputy, and Mr. Adam Pearlman, Clerk, Hon. Royce C. Lamberth.  Subject to any changes in the Court's availability and the Court's confirmation of its jurisdiction, it is expected that Case No. 05-2310 would be completed on December 18 and 19, and Case No. 09-1864 would be heard before Hon. Royce C. Lamberth, sitting in his capacity as a judge of the United States District Court for the District of Columbia but at the location of the United States District Court for the Western District of Texas, San Antonio Division, from February 7-13, 2018.

Dated: December 11, 2017          Respectfully submitted,

                                         /s/ Mark W. DeLaquil  
                                         Andrew M. Grossman (D.C. Bar No. 985166)  
                                         Paul M. Levine (D.C. Bar No. 999320)  
                                         Mark W. DeLaquil (D.C. Bar No. 493545)  
                                         Jason F. Hoffman (D.C. Bar No. 467827)  
                                         Ka Chun Leung (D.C. Bar No. 1024967)  
                                         Baker & Hostetler LLP  
                                         1050 Connecticut Ave., N.W., Suite 1100  
                                         Washington, D.C. 20036  
                                         (202) 861-1527  
                                         mdelaquil@bakerlaw.com

                                         JASON T. COHEN  
                                         Assistant United States Attorney  
                                         WILLIAM La MARCA  
                                         Special Assistant United States Attorney  
                                         ME Bar #004465  
                                         555 Fourth St., N.W.  
                                         Washington, D.C. 20530  
                                         Phone: (202) 252-2523  
                                         Fax: (202) 252-2599  
                                         Email: jason.cohen@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 11, 2017, I electronically filed the foregoing Joint Status Report with the Clerk of the Court by using the Court's ECF system. All counsel of record were served by the Court's ECF system.

                                          /s/ Mark W. DeLaquil
                                          Mark W. DeLaquil