UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GILBERT P. HYATT,<br><br>              Plaintiff,<br>v.<br><br>JOSEPH MATAL,<br><br>              Defendant. | Civil Action No. 1:05-cv-2310 (RCL)<br>Civil Action No. 1:09-cv-1864 (RCL) |

## ORDER

Upon consideration of the parties' Joint Motion for Order Authorizing Special Sessions and the entire record in this case, this Court finds that:

1. The sudden illness of the presiding judge, the Hon. Royce C. Lamberth, in Civil Action No. 05-2310 (RCL) and Civil Action No. 09-1864 (RCL) constitutes an emergency condition that renders this Court unable to conduct the previously-scheduled bench trials during December 2017;

2. Judge Lamberth was previously assigned to sit by designation in the Western District of Texas from January to May 2018, during which time period he is consequently not available in this district to preside over the bench trials, thereby rendering no location within the district reasonably available to continue and complete these hearings with the same presiding judge; and

3. The parties have been notified of these emergency conditions and the unavailability of the Judge Lamberth in this district, and have agreed and consented, consistent with 28 U.S.C. § 141(b)(1), and in order to conserve judicial and the parties' resources by avoiding re-assignment of the cases, to conduct the remaining bench trial proceedings in these two cases before Judge Lamberth in the Western District of Texas during January and February 2018.

WHEREUPON it is hereby:

**ORDERED** that, pursuant to 28 U.S.C. § 141, special sessions of the U.S. District Court for the District of Columbia may be held in the Western District of Texas during January and February, 2018, to complete the bench trial proceedings in Civil Action No. 05-2310 (RCL) and Civil Action No. 09-1864 (RCL).

**SO ORDERED** this 3rd day of January, 2018.

_____
CHIEF JUDGE BERYL A. HOWELL