UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GILBERT P. HYATT,

        Plaintiff,

v.

JOSEPH MATAL,

        Defendant.

Civil Action No. 05-2310 (RCL)

## Order

Upon consideration of the Parties' agreement regarding the submission of Post-trial Proposed Findings of Fact and Conclusions of Law, it is hereby

ORDERED that the following briefing schedule be set:  Opening filing by Plaintiff by February 5, 2018; responsive filing by Defendant on March 2, 2018; reply filing by Plaintiff on March 21, 2018.

SO ORDERED.

Date: ____January 19____, 2018

_____
Royce C. Lamberth
United States District Judge