Plaintiff's Exhibit List
*Hyatt v. Matal*
05-cv-2310

| EXHIBIT NO. | DATE | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | OBJECTION | WITNESS |
|---|---|---|---|---|---|---|
| Pl's. Ex. 001 | N/A | Application File History for 08/456,398 (09-1864) (Hyatt Docket No. 717) | 10/11/2017 (Laches Trial) | 10/13/2017 (Laches Trial) | | Greg Morse |
| Pl's. Ex. 001A | N/A | Administrative File History Joint Appendix for 08/456,398 (09-1864) (Hyatt Docket No. 717) | | | | |
| Pl's. Ex. 002 | N/A | Application File History for 08/472,062 (09-1869) (Hyatt Docket No. 524) | 10/12/2017 (Laches Trial) | 10/12/2017 (Laches Trial) | | Greg Morse |
| Pl's. Ex. 003 | N/A | Application File History for 08/431,639 (09-1872) (Hyatt Docket No. 601) | 10/13/2017 (Laches Trial) | 10/13/2017 (Laches Trial) | | Stephen Kunin |
| Pl's. Ex. 003A | N/A | Administrative File History Joint Appendix for 08/431,639 (09-1872) (Hyatt Docket No. 601) | | | | |
| Pl's. Ex. 004 | N/A | Application File History for 08/457,211 (05-2310) (Hyatt Docket No. 708) | 10/11/2017 (Laches Trial) | 10/13/2017 (Laches Trial) | | Greg Morse |
| Pl's. Ex. 004A | N/A | Administrative File History Joint Appendix for 08/457,211 (05-2310) (Hyatt Docket No. 708) | | | | |
| Pl's. Ex. 014 | N/A | Images of Experimental System | | | | |
| Pl's. Ex. 200(a) and (b) | N/A | Material submitted to PTO Pursuant to its Disclosure Document Program (Videotapes) | 12/4/2017 | 12/4/2017 | | Gilbert Hyatt |

Plaintiff's Exhibit List
*Hyatt v. Matal*
05-cv-2310

| EXHIBIT NO. | DATE | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | OBJECTION | WITNESS |
|---|---|---|---|---|---|---|
| Pl's. Ex. 332 | N/A | Experimental systems and videotapes for '211 patent application, '398 application, '639 application, and '062 application (disclosed by Hyatt in connection with his initial disclosures) | 12/4/2017 | 12/4/2017 | | Gilbert Hyatt |
| Pl's Ex. 800 | N/A | Excerpts of three books listed on pp. 575-76 of '211 App. (The CP/M Handbook with MP/M; FX Printer Operation Manual; and The BASIC Handbook) | | | | |
| Pl's Ex. 801 | 6/3/2013 | Expert Report of Mr. Hite (09-1872) (Hyatt Dkt. 601, '639 App.) | | | | |
| Pl's Ex. 802 | 8/15/2013 | Expert Report of Dr. Castleman (09-1872) (Hyatt Dkt. 601, '639 App.) | | | | |
| Pl's Ex. 803 | 9/16/2013 | Supp. Expert Report of Mr. Hite (09-1872) (Hyatt Dkt. 601, '639 App.) | | | | |
| Pl's Ex. 804 | 11/1/2012 | Expert Report of Mr. Hite (05-2310) (Hyatt Dkt. 708, '211 App.) | | | | |

Plaintiff's Exhibit List
*Hyatt v. Matal*
05-cv-2310

| EXHIBIT NO. | DATE | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | OBJECTION | WITNESS |
|---|---|---|---|---|---|---|
| Pl's Ex. 805 | 1/3/2013 | Expert Report of Dr. Castleman (05-2310) (Hyatt Dkt. 708, '211 App.) | 1/19/2018 | | | Kenneth Castleman |
| Pl's Ex. 806 | 2/1/2013 | Supp. Expert Report of Mr. Hite (05-2310) (Hyatt Dkt. 708, '211 App.) | 1/18/2018 | | | Brad Hite |
| Pl's Ex. 807 | 11/4/2013 | Expert Report of  Mr. Hite (05-2310) (Hyatt Dkt. 717, '398 App.) | | | | |
| Pl's Ex. 808 | 12/13/2013 | Expert Report of Dr. Castleman (05-2310) (Hyatt Dkt. 717, '398 App.) | | | | |
| Pl's Ex. 809 | 1/10/2014 | Supp. Expert Report of Mr. Hite (05-2310) (Hyatt Dkt. 717, '398 App.) | | | | |
| Pl's Ex. 810 | 3/19/1984 | Disclosure Document No. 126,823 | | | | |
| Pl's Ex. 811 | 4/26/1984 | Disclosure Document No. 126,825 | | | | |
| Pl's Ex. 812 | 6/4/1984 | Disclosure Document No. 127,956 | | | | |
| Pl's Ex. 813 | 10/17/1984 | Disclosure Document No. 131,747 | 12/4/2017 | 12/4/2017 | Overruled | Gilbert Hyatt |
| Pl's Ex. 814 | 9/19/1988 | Disclosure Document No. 210,594 | | | | |

Plaintiff's Exhibit List
*Hyatt v. Matal*
05-cv-2310

| EXHIBIT NO. | DATE | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | OBJECTION | WITNESS |
|---|---|---|---|---|---|---|
| Pl's Ex. 815 | 2/14/1975 | Serial No. 05/550,231 (Hyatt Dkt. 128) | | | | |
| Pl's Ex. 816 | 10/7/1976 | Serial No. 05/730,756 (Hyatt Dkt. 131) | | | | |
| Pl's Ex. 817 | 10/25/1977 | Serial No. 05/844,765 (Hyatt Dkt. 143) | | | | |
| Pl's Ex. 818 | 11/9/1977 | Serial No. 05/849,812 (Hyatt Dkt. 145) | | | | |
| Pl's Ex. 900 | N/A | Popular Science Photograph | | | | |
| Pl.'s Ex. 901 | N/A | PowerPoint Presentation (Hyatt Testimony) | | | | |
| Pl.'s Ex. 902 | N/A | Photographs of Experimental System Taken from In-Court review (Square Board) | | | | |
| Pl.'s Ex. 903 | N/A | Photographs of Experimental System Taken from In-Court review (Rectangular Board) | | | | |
| Pl.'s Ex. 905 | | U.S. Patent No. 4,210,419 | | | | |
| Pl.'s Ex. 906 | | U.S. Patent No. 4,309,691 | | | | |

Plaintiff's Exhibit List
*Hyatt v. Matal*
05-cv-2310

| EXHIBIT NO. | DATE | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | OBJECTION | WITNESS |
|---|---|---|---|---|---|---|
| Pl.'s Ex. 907 | | U.S. Patent No. US 7,236,623 B | | | | |
| Pl.'s Ex. 910 | N/A | Gilbert Hyatt Direct Examination PowerPoint | 12/4/2017 | | | Gilbert Hyatt |
| Pl.'s Ex. 912 | N/A | Brad Hite Direct Examination PowerPoint | 12/5/2017 | | | Brad Hite |
| Pl.'s Ex. 913 | N/A | Castleman Digital Image Processing (First Edition) | 1/19/2018 | | | Kenneth Castleman |
| Pl.'s Ex. 914 | 1984 | The TTL Data Book, Volume 3, Texas Instruments | 1/19/2018 | | Court Reserves Ruling | Gilbert Hyatt |

Note:  Plaintiff's Exhibits 14, 332, 813, 900, 902, and 903 were admitted into evidence during the trial in 09-cv-1872.