# United States Court of Appeals for the Federal Circuit

---

**GILBERT P. HYATT,**

*Plaintiff-Appellee*

v.

**ANDREW HIRSHFELD, PERFORMING THE FUNCTIONS AND DUTIES OF THE UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**

*Defendant-Appellant*

---

2020-2321, 2020-2323, 2020-2324, 2020-2325

---

Appeals from the United States District Court for the District of Columbia in Nos. 1:05-cv-02310-RCL, 1:09-cv-01864-RCL, 1:09-cv-01869-RCL, 1:09-cv-01872-RCL, Senior Judge Royce C. Lamberth.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED IN PART AND VACATED AND REMANDED IN PART**

Entered By Order Of The Court

<u>October 12, 2021</u>  <u>/s/ Peter R. Marksteiner</u>
Peter R. Marksteiner
Clerk of Court